**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

AUSTIN OBODAI,

        Plaintiff,

   -against-

YOUTUBE LLC; GOOGLE INC.,

        Defendants.

----------------------------------------------------------------

Civil Action Number: 1:11-cv-04343-DLC

**ECF Case**

### DEFENDANTS' NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that upon the accompanying (a) Request for Judicial Notice dated November 21, 2011 and the exhibits thereto, (b) Memorandum of Law, and (c) the Complaint herein, Defendants YouTube LLC ("YouTube") and Google Inc. ("Google") (collectively, "Defendants") by their attorneys Durie Tangri LLP, will move this Court at such time as the Court may direct at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15B, New York, New York, for an order granting Defendants' Motion to Dismiss pursuant to 17 U.S.C. § 411(a).

DATED:  November 21, 2011

Respectfully submitted,

DURIE TANGRI LLP

By: */s/ Michael H. Page*
   Michael H. Page *(pro hac vice)*
   mpage@durietangri.com
   Johanna Calabria (JC3915)
   jcalabria@durietangri.com
   Joseph C. Gratz *(pro hac vice)*
   jgratz@durietangri.com
   217 Leidesdorff Street
   San Francisco, CA  94111
   Telephone:       415-362-6666
   Facsimile:       415-236-6300

   Attorneys for Defendants
   YOUTUBE LLC and GOOGLE INC.